**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VANDA PHARMACEUTICALS, INC.,<br><br>                             Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, et al.<br><br>                            Defendants. | Civ. No. 1:22-cv-2775-CJN |

**STIPULATION OF DISMISSAL AND
CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT**

Pursuant to the Court's order requesting further briefs regarding the claims remaining in this action (Dkt. 31), Plaintiff Vanda Pharmaceuticals Inc. (Vanda) and Defendants United States Food and Drug Administration (FDA) and Robert M. Califf, M.D., Commissioner of Food and Drugs (together, Defendants) hereby stipulate to the dismissal of Counts I, II, IV, and V and move for the entry of final judgment in this case. In support, the parties state as follows:

1.      On January 26, 2024, the Court granted summary judgment to Vanda on Count III of Vanda's Complaint requesting relief under 5 U.S.C. § 706(1). Dkt. 31, 32.

2.      The Court ordered FDA to "either finally resolve Vanda's application or commence a hearing on Vanda's application on or before March 5, 2024." Dkt 31.

3.      In compliance with the Court's Order, on March 5, 2024, Defendants notified the Court and Vanda that FDA had issued a final decision resolving Vanda's sNDA for Hetlioz® (tasimelteon) for the treatment of jet lag disorder. Dkt. 33. A notice of availability of the final decision was published in the Federal Register on March 6, 2024. 89 Fed. Reg. 16001.

4.      In light of the foregoing, and consistent with Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to the dismissal of Counts I, II, IV, and V in Vanda's Complaint (Dkt. 1) and Supplemental Complaint (Dkt. 11).

5.      Each party will bear its own costs, attorneys' fees, and expenses.

6.      In light of the Court's adjudication of Count III and the stipulation to dismiss Vanda's remaining claims, all claims of all parties are resolved, and entry of final judgment is warranted. *See* Fed. R. Civ. P. 54(b). The parties therefore jointly request that the Court enter the proposed final judgment attached as Exhibit 1.

Dated: March 29, 2024

/s/ *David H. Hixson* (with permission)
Oliver McDonald (N.Y. Bar No. 5416789)
David H. Hixson (Ill. Bar No. 6289751)
Noah T. Katzen (D.C. Bar No. 1006053)
    Trial Attorneys
    Consumer Protection Branch
    Civil Division
    U.S. DEPARTMENT OF JUSTICE
    P.O. Box 386
    Washington, DC 20044-0386
    (202) 305-0168 (McDonald)
    (202) 305-8070 (Hixson)
    (202) 305-2428 (Katzen)
    (202) 514-8742 (fax)
    Oliver.J.McDonald@usdoj.gov
    David.H.Hixson@usdoj.gov
    Noah.T.Katzen@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

/s/ *Paul W. Hughes*
Paul W. Hughes (D.C. Bar No. 997235)
Sarah P. Hogarth (D.C. Bar No. 1033884)
Andrew A. Lyons-Berg (D.C. Bar No. 230182)
    MCDERMOTT WILL & EMERY LLP
    500 North Capitol Street NW
    Washington, DC 20001
    (202) 756-8000
    phughes@mwe.com

*Attorneys for Plaintiff*

2