# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANDA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 1:22-cv-2775 (CJN) |

## ORDER

Upon consideration of the Parties' Stipulation of Dismissal and Consent Motion for Entry of Final Judgment, ECF 34, it is

**ORDERED** that final judgment is entered for Plaintiff on Count III of the Amended Complaint, ECF 11, for the reasons stated in the Court's Memorandum Opinion, ECF 32; and it is further

**ORDERED** that Counts I and II of the Complaint, ECF 1, and Counts IV and V of the Amended Complaint are dismissed; and it is further

**ORDERED** that this case is dismissed, with each party to bear its own costs.

DATE:  October 30, 2024

CARL J. NICHOLS
United States District Judge